Submitted on record and appellant's brief June 1, reversed June 14, 1976

In the Matter of Michael Loring Bishop,
a minor child
STATE EX REL JUVENILE DEPARTMENT
OF COOS COUNTY, *Respondent,*
*v.*
MICHAEL LORING BISHOP, *Appellant.*
(No. 8930, CA 5797)
550 P2d 461

Julie A. Stevens, Coos-Curry Counties Legal Aid, North Bend, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Catherine Allan, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

The state concedes error and that the proceedings against the appellant must be dismissed.

Reversed.